UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO GUZMAN, individually, and on behalf of all others similarly situated,

                Plaintiff,

-against-

MISTI'S TRANSPORT, et al.,

                Defendants.

**ORDER**

20-CV-10156 (PMH)

PHILIP M. HALPERN, United States District Judge:

    **WHEREAS**, Plaintiff filed a Complaint on December 3, 2020, alleging that Defendants violated, *inter alia*, the Fair Labor Standards Act ("FLSA") by failing to pay Plaintiff overtime compensation;

    **WHEREAS**, the parties in the above-captioned action have filed a letter representing that Plaintiff cannot maintain his claim under the FLSA because he is exempt under the Federal Motor Carrier Act (Doc. 18);

    **WHEREAS**, the parties in the above-captioned action wish to settle this litigation and filed on November 8, 2021 a letter requesting approval of a proposed Settlement Agreement governing Plaintiff's FLSA claim ("Proposed FLSA Settlement Agreement") (Doc. 16; Doc. 16-1);

    **WHEREAS**, the parties also filed a Settlement Agreement governing Plaintiff's non-FLSA claims in the above-referenced action (Doc. 16-2);

    **WHEREAS**, the parties' request to approve the Proposed FLSA Settlement Agreement was denied without prejudice to renew and thereafter renewed by letter filed on November 23, 2021 (Doc. 17; Doc. 18);

    **WHEREAS**, having reviewed the Proposed FLSA Settlement Agreement (Doc. 16-1) and related submissions, the Court finds, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796

F.3d 199 (2d Cir. 2015), that the Proposed FLSA Settlement Agreement is fair and reasonable and that the attorneys' fees are reasonable as well, *see Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-37 (S.D.N.Y. 2012);

**IT IS ORDERED** that the request to approve the Proposed FLSA Settlement Agreement is GRANTED; and

**IT IS FURTHER OREDERED** that the Clerk of the Court close this case.

                                                                                      **SO ORDERED:**

Dated:   White Plains, New York
             December 27, 2021

                                                                                   PHILIP M. HALPERN
                                                                                  United States District Judge